# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY McCORVEY, | ) | 1:05-cv-01562 OWW-TAG (HC) |
| | ) | |
|           Petitioner, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 8) |
| v. | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| ROBERT H. OLEVRA, et al., | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
|           Respondents. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 28, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because Petitioner failed to prosecute the case. (Doc. 8). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 28, 2008 (Doc. 8), are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus (Doc. 1), is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                  /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE